STATE of Missouri, Respondent,

v.

Charles BROWN, Appellant.

No. 73848.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 23, 1999.

Nancy Lynne Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

## ORDER

PER CURIAM.

Appellant, Charles Brown ("defendant"), appeals the judgment of the Circuit Court of St. Louis County wherein the court sentenced defendant as a prior and persistent offender after he pled guilty to first degree tampering, RSMo section 569.080 (1994). Defendant contends the trial court erred in sentencing him as a prior and persistent offender because the records offered by the State were insufficient to support such a finding. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b). A memorandum setting forth the reasons for our decision is attached solely for the use of the parties involved.

In the Interest of G.B.T., a juvenile.

No. 74069.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 23, 1999.

David A. Shaller, Clayton, MO, for appellant.

Cynthia Harcourt–Hearring, Clayton, MO, for respondent juvenile officer.

Cynthia M. Smith, St. Louis, Mo, Guardian ad Litem for respondent minor child.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, J., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

S.W., mother, appeals from the judgment of the trial court terminating her parental rights to her child G.B.T pursuant to Sections 211.447.2(2) and (3) RSMo (Cum.Supp. 1997). We have reviewed the record on appeal and the briefs of the parties and we find no error of law. A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b). We have provided a memorandum opinion for the use of the parties only. Judgment affirmed.